1  Russell A. Robinson, 163937
   Law Office of Russell A. Robinson, APC
2  345 Grove Street
   First Floor
3  San Francisco CA 94102
   TEL:  415.255.0462
4  FAX:  415.431.4526

5  Attorneys for Plaintiffs
   ROBERT F. CASTRO, JR., ANNA MARIA
6  CASTRO, and DOUGLAS RICHEY

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 ROBERT F. CASTRO, JR., ANNA MARIA     ) No. C-06-6907-BZ
   CASTRO, and DOUGLAS RICHEY,           )
12                                       ) **AMENDMENT TO CORRECT THE**
                  Plaintiffs,            ) **SPELLING OF PLAINTIFF DOUGLAS**
13                                       ) **RICHEY'S NAME; ORDER**
   v.                                    ) [Civil Rights]
14                                       )
   CITY OF SONOMA, et al.,               )
15                                       )
                  Defendants.            )
16 _____)

17        TO THE HONORABLE COURT IN THIS MATTER:

18        PLEASE TAKE NOTICE THAT PLAINTIFFS ROBERT F. CASTRO, JR., ANNA

19 MARIA CASTRO, and DOUGLAS RICHEY, hereby amend, through counsel of record, the

20 Complaint, Summons, and all previously filed documents in this matter to correct the spelling of

21 the name of Plaintiff **DOUGLAS RICHEY**.

22        Initially, through inadvertence of counsel, DOUGLAS RICHEY was incorrectly spelled

23 "Douglas Richie" wherever his name appeared. Plainitffs therefore request that the Court's

24 docket reflect the correct spelling of Mr. Richey's name, and that, wherever the incorrect

26 *Castro, et al., v. City of Sonoma, et al. (No. C-06-6907-BZ)*
   AMENDMENT TO CORRECT SPELLING OF
   PLAINTIFF DOUGLAS RICHEY'S NAME; ORDER
   [JURY TRIAL DEMANDED]                                              P003.AMEND

1  spelling of the subject plaintiff's name ("Douglas Richie") appears in earlier pleadings and

2  filings, he be deemed to have been correctly named as **DOUGLAS RICHEY.**

3

4  Date:  November 8, 2006         /s/ Russell A. Robinson
   Law Office of Russell A. Robinson, APC
5  By:    Russell A. Robinson
   Attorneys for Plaintiffs ROBERT F. CASTRO, JR., ANNA
6  MARIA CASTRO, and DOUGLAS RICHEY

7

8  **ORDER**

9  Good cause appearing,

10  It is hereby ordered that the Court's docket be changed to reflect the correct spelling of

11  Douglas Richey's name, and that, wherever the incorrect spelling of the subject plaintiff's name

12  ("Douglas Richie") appears in earlier pleadings and filings, he be deemed to have been correctly

13  named as **DOUGLAS RICHEY** in this matter**.**

14  **IT IS SO ORDERED.**

15

16  Date:  November 9, 2006

17  Mag. Judge [signature: Bernard Zimmerman]
    USDC, Nor[thern District of California]

    IT IS SO ORDERED
    Judge Bernard Zimmerman

18

19

20

21

22

23

24

25

26  *Castro, et al., v. City of Sonoma, et al. (No. C-06-6907-BZ)*
    AMENDMENT TO CORRECT SPELLING OF
    PLAINTIFF DOUGLAS RICHEY'S NAME; ORDER
    [JURY TRIAL DEMANDED]           - 2 -                                    P003.AMEND