1  Russell A. Robinson, 163937
   Law Office of Russell A. Robinson, APC
2  345 Grove Street
   First Floor
3  San Francisco CA 94102
   TEL:   415.255.0462
4  FAX:   415.431.4526

5  Attorneys for Plaintiffs
   ROBERT F. CASTRO, JR., ANNA MARIA
6  CASTRO, and DOUGLAS RICHEY

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 ALANE TOLOSKO-PARKER,            ) No. C-06-6841-CRB
                                    )
12      Plaintiff,                  ) No. C-06-6907-CRB
                                    )
13 v.                               ) **STIPULATION TO EXTEND TIME TO**
                                    ) **RESPOND TO COMPLAINT FILED BY**
14 COUNTY OF SONOMA, et al.,        ) **PLAINITFFS ROBERT F. CASTRO, JR.,**
                                    ) **ANNA MARIA CASTRO, AND DOUGLAS**
15      Defendants.                 ) **RICHEY; AND, TO CONTINUE INITIAL**
                                    ) **CASE MANAGEMENT CONFERENCE**
16 ─────────────────────────────    )
   ROBERT F. CASTRO, JR., ANNA MARIA) [~~PROPOSED~~] **ORDER**
17 CASTRO, and DOUGLAS RICHEY,      )
                                    ) [Jury Trial Demanded]
18      Plaintiffs,                 )
                                    ) Date:         April 20, 2007
19 v.                               ) Time:         8:30 a.m.
                                    )
20 CITY OF SONOMA, et al.,          ) Honorable Charles R. Breyer
                                    )
21      Defendants.                 )
   ─────────────────────────────    )
22

23

24 / / /

25
   *Tolosko-Parker, Castro, et al., v. City of Sonoma, et al. (Nos. C-06-6841-CRB & C-06-6907-CRB)*
   STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FILED BY PLAINITFFS ROBERT F. CASTRO, JR., ANNA MARIA
26 CASTRO, AND DOUGLAS RICHEY; AND, TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
   [PROPOSED] ORDER

1  COME NOW Plaintiffs Robert F. Castro, Jr., Anna Maria Castro, and Douglas Richey,
2  with Defendants City of Sonoma, Sonoma County Sheriff Bill Cogbill, County of Sonoma,
3  Sonoma County Sheriff Department, Sonoma Chief of Police Paul Day, Sonoma Police
4  Department, Officer Patrick Sharp, Officer Travis Koeppel, Officer Patrick Sharp, Deputy
5  Sheriff Ricky Bostic, Deputy James Munro, and Deputy Jack Vivian, through counsel, to hereby
6  stipulate as follows:

7  All Defendants named in the Complaint of Plaintiffs Robert F. Castro, Jr., Anna Maria
8  Castro, and Douglas Richey have been served, with some initial responses due on about April
9  18, 2007. Counsel for said Defendants has met and conferred with counsel for Plaintiffs Robert
10 F. Castro, Jr., Anna Maria Castro, and Douglas Richey.

11 Defendants' counsel has informed these stipulating Plaintiffs' counsel that her clients
12 have not been served by or on behalf of Plaintiff Alane Tolosko-Parker; counsel for these
13 stipulating Plaintiffs has informed Defendants' counsel that he does not represent and does not
14 know who, if anybody, is in fact representing Plaintiff Alane Tolosko-Parker at the present time.

15 The parties hereto have agreed to continue the meet and confer process over what the
16 defense perceives to be deficiencies in the Complaint filed November 6, 2006. Counsel agree
17 that said Defendants' initial response to these Plaintiffs' Complaint shall be filed on or before
18 May 9, 2007, if the parties cannot resolve the issues through further meet and confer efforts.

19 The parties to this stipulation thereupon also stipulate and agree that the initial case
20 management conference by continued until June 22, 2007, with the joint case management
21 conference statement to be filed on or before June 12, 2007. Further, the parties hereto agree
22 that hearing on any motion to dismiss shall also be on June 22, 2007, or as soon thereafter as the
23 Court may hear said motion.
24 / / /

25
26

*Tolosko-Parker, Castro, et al., v. City of Sonoma, et al. (Nos. C-06-6841-CRB & C-06-6907-CRB)*
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FILED BY PLAINITFFS ROBERT F. CASTRO, JR., ANNA MARIA CASTRO, AND DOUGLAS RICHEY; AND, TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
[PROPOSED] ORDER
- 2 -

1  There has been one prior continuance of the initial case management conference at the
2  request of these stipulating Plaintiffs.

5  Date: April 17, 2007

By: _____
Russell A. Robinson
Law Office of Russell A. Robinson, APC
Counsel for Plaintiffs
ROBERT F. CASTRO, JR., ANNA MARIA
CASTRO, and DOUGLAS RICHEY

11  Date: April 17, 2007

By: _____
Bonnie A. Freeman
Senneff Freeman & Bluestone, LLP
Counsel for Defendants
CITY OF SONOMA, SONOMA COUNTY SHERIFF
BILL COGBILL, COUNTY OF SONOMA, SONOMA
COUNTY SHERIFF'S DEPARTMENT, SONOMA
CHIEF OF POLICE PAUL DAY, SONOMA POLICE
DEPARTMENT, OFFICER PATRICK SHARP, OFFICER
TRAVIS KOEPPEL, OFFICER PATRICK SHARP,
DEPUTY SHERIFF RICKY BOSTIC, DEPUTY JAMES
MUNRO, and DEPUTY JACK VIVIAN

1  **ORDER**

2  Good cause appearing, it is hereby ordered as follows:

3  Stipulating Defendants' initial response to these Plaintiffs' Complaint shall be filed on or

4  before May 9, 2007, if the parties cannot resolve the issues through meet and confer efforts, with

5  hearing of said motion on __June 22__, 2007.

6  The initial case management conference is hereby continued to __June 22__, 2007, with 10:00 am

7  the joint case management conference statement to be filed on or before __June 15__, 2007.

8  **IT IS SO ORDERED.**

11  Date: ~~April~~   May 11, 2007

12  Honorable
    United States Dist. Ct. of Cal.

*IT IS SO ORDERED*
*Judge Charles R. Breyer*