1  Russell A. Robinson, 163937
   Law Office of Russell A. Robinson, APC
2  345 Grove Street
   First Floor
3  San Francisco CA 94102
   TEL:   415.255.0462
4  FAX:   415.431.4526

5  Attorneys for Plaintiffs
   ROBERT F. CASTRO, JR., ANNA MARIA
6  CASTRO, and DOUGLAS RICHEY

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANE TOLOSKO-PARKER, | No. C-06-6841-CRB |
| Plaintiff, | No. C-06-6907-CRB |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FILED BY** |
| COUNTY OF SONOMA, et al., | **PLAINITFFS ROBERT F. CASTRO, JR., ANNA MARIA CASTRO, AND DOUGLAS** |
| Defendants. | **RICHEY; AND, TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| ROBERT F. CASTRO, JR., ANNA MARIA CASTRO, and DOUGLAS RICHEY, | ~~[PROPOSED]~~ ORDER |
| Plaintiffs, | [Jury Trial Demanded] |
| v. | Honorable Charles R. Breyer |
| CITY OF SONOMA, et al., | |
| Defendants. | |

COME NOW Plaintiffs Robert F. Castro, Jr., Anna Maria Castro, and Douglas Richey,

with Defendants City of Sonoma, Sonoma County Sheriff Bill Cogbill, County of Sonoma,

*Tolosko-Parker, Castro, et al., v. City of Sonoma, et al. (Nos. C-06-6841-CRB & C-06-6907-CRB)*
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FILED BY PLAINITFFS ROBERT F. CASTRO, JR., ANNA MARIA CASTRO, AND DOUGLAS RICHEY; AND, TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
[PROPOSED] ORDER

Sonoma County Sheriff Department, Sonoma Chief of Police Paul Day, Sonoma Police Department, Officer Patrick Sharp, Officer Travis Koeppel, Officer Patrick Sharp, Deputy Sheriff Ricky Bostic, Deputy James Munro, and Deputy Jack Vivian, through counsel, hereby stipulate as follows:

1. Plaintiff previously obtained a continuance of the case management conference from the Court and the parties jointly obtained an order for a second continuance from the Court so the parties could meet and confer on a variety issues which Defendants believe were defects in the complaint, and to attempt to resolve issues with the related case filed by Plaintiff Alane Tolosko-Parker.

2. Despite efforts to meet and confer, as a result of the pregnancy-related disability of the wife of Plaintiffs' counsel and Plaintiff Robert F. Castro's surgery, the parties have not been able to meet and confer to resolve issues with the complaint and issue arising in connection with the related action within the time frame of the previous stipulation.

3. To enable the parties to meet and confer on the issues in the complaint and related action, the parties jointly request the Court to continue the Case Management Conference from June 22, 2007 to July 13, 2007, with the joint case management conference statement to be filed on or before July 3, 2007.

Date: May 21, 2007

By: Russell A. Robinson
Law Office of Russell A. Robinson, APC
Counsel for Plaintiffs

Date: May 21, 2007

By: Bonnie A. Freeman
Senneff Freeman & Bluestone, LLP
Counsel for Defendants

**ORDER**

Good cause appearing, it is hereby ordered as follows:

Stipulating Defendants' initial response to these Plaintiffs' Complaint shall be filed on or before June 8, 2007, if the parties cannot resolve the issues through meet and confer efforts, with hearing of said motion on July 13, 2007.

The initial case management conference is hereby continued to July 13, 2007, with the joint case management conference statement to be filed on or before July 3, 2007.

**IT IS SO ORDERED.**

Date:   May  22, 2007

Honorable Charles R. Breyer
United States District Court, Northern Dist. Of Cal.

*IT IS SO ORDERED*
*Judge Charles R. Breyer*