1  Russell A. Robinson (163937)
   Law Office of Russell A. Robinson, APC
2  345 Grove Street, First Floor
   San Francisco CA 94102
3  Telephone:   (415) 255-0462
   Facsimile:   (415) 431-4526
4
   Attorneys for Plaintiffs
5  ROBERT F. CASTRO, JR., ANNA MARIA
   CASTRO, and DOUGLAS RICHEY
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  ALANE TOLOSKO-PARKER, | ) No. C-06-6841-CRB |
| 10     Plaintiff, | ) No. C-06-6907-CRB |
| 11  v. | ) **NOTICE OF DISMISSAL, WITHOUT** |
|     | ) **PREJUDICE, OF THE CLAIMS OF** |
| 12  COUNTY OF SONOMA, et al., | ) **PLAINTIFF ANNA MARIA CASTRO AS** |
|     | ) **TO ALL DEFENDANTS; ORDER** |
| 13     Defendants. | ) |
|     | ) [Jury Trial Demanded] |
| 14  | ) |
| 15  ROBERT F. CASTRO, JR., and DOUGLAS RICHEY, | ) |
| 16     Plaintiffs, | ) |
| 17  v. | ) |
| 18  CITY OF SONOMA, COUNTY OF SONOMA, PATRICK SHARP and TRAVIS KOEPPEL, | ) |
| 19  individually, and in official capacities as Police Officers for the CITY OF SONOMA, RICKY | ) |
| 20  BOSTIC, JACK VIVIAN, and JAMES MAURO individually, and in official capacities as Deputy | ) |
| 21  Sheriffs for the COUNTY OF SONOMA, SONOMA POLICE CHIEF PAUL DAY, in his | ) |
| 22  official capacity, SONOMA COUNTY SHERIFF BILL COGBILL, individually, and in | ) |
| 23  his official capacity, and DOES 1-40, | ) |
| 24     Defendants. | ) |

_____

*Castro, et al., v. City of Sonoma, et al.* (No. C-06-6907-CRB)                                          P012.REQDISM
NOTICE OF DISMISSAL, WITHOUT PREJUDICE, OF THE
CLAIMS OF PLAINTIFF ANNA MARIA CASTRO AS TO
ALL DEFENDANTS; ORDER                         - 1 -

**NOTICE**

PLAINTIFF ANNA MARIA CASTRO hereby gives notice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), that she is moving to dismiss and dismissing all of her claims as to all named defendants in this action, without prejudice.

Date:  July 6, 2007                     /s/  Russell A. Robinson
                                   By:    Russell A. Robinson
                                   Law Office of Russell A. Robinson, APC
                                   Attorneys for Plaintiffs
                                   ROBERT F. CASTRO, JR., ANNA MARIA
                                   CASTRO, and DOUGLAS RICHEY

**ORDER**

Based on the above, and good cause appearing,

The Court hereby orders as follows:

The claims of Plaintiff ANNA MARIA CASTRO as to all named defendants herein are hereby dismissed, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), without prejudice.

**IT IS SO ORDERED.**

Date:  July 10, 2007
                                   HONORABLE CHARLES R. BREYER
                                   United States District Court, Northern District of California

IT IS SO ORDERED
Judge Charles R. Breyer

*Castro, et al., v. City of Sonoma, et al.* (No. C-06-6907-CRB)
NOTICE OF DISMISSAL, WITHOUT PREJUDICE, OF THE
CLAIMS OF PLAINTIFF ANNA MARIA CASTRO AS TO
ALL DEFENDANTS; ORDER

P012.REQDISM

- 2 -