Russell A. Robinson (163937)
Law Office of Russell A. Robinson, APC
345 Grove Street, First Floor
San Francisco CA 94102
Telephone: (415) 255-0462
Facsimile: (415) 431-4526

Attorneys for Plaintiffs
ROBERT F. CASTRO, JR., ANNA MARIA
CASTRO, and DOUGLAS RICHEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANE TOLOSKO-PARKER, | ) No. C-06-6841-CRB |
| Plaintiff, | ) No. C-06-6907-CRB |
| v. | ) **NOTICE OF DISMISSAL, WITHOUT** |
| | ) **PREJUDICE, OF THE CLAIMS OF** |
| COUNTY OF SONOMA, et al., | ) **PLAINTIFF ANNA MARIA CASTRO AS** |
| | ) **TO ALL DEFENDANTS; ORDER** |
| Defendants. | ) |
| | ) [Jury Trial Demanded] |
| CONSOLIDATED CASES. | ) |

**NOTICE**

In connection with the filing of her own complaint in this action, PLAINTIFF ANNA MARIA CASTRO hereby gives notice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), that she is moving to dismiss and dismissing all of her claims as to all named defendants in this action, without prejudice.

Date: January 22, 2008
/s/ Russell A. Robinson
By: Russell A. Robinson
Law Office of Russell A. Robinson, APC
Attorneys for Plaintiffs
ROBERT F. CASTRO, JR., ANNA MARIA
CASTRO, and DOUGLAS RICHEY

**ORDER**

Based on the above, and good cause appearing,

The Court hereby orders as follows:

The claims of Plaintiff ANNA MARIA CASTRO as to all named defendants herein are hereby dismissed, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), without prejudice.

**IT IS SO ORDERED.**

Date: Jan. 25, 2008

HONORABLE CHARLES R. BREYER
United States District Court, Northern District of California



*Castro, et al., v. City of Sonoma, et al.* (No. C-06-6907-CRB)
NOTICE OF DISMISSAL, WITHOUT PREJUDICE, OF THE
CLAIMS OF PLAINTIFF ANNA MARIA CASTRO AS TO
ALL DEFENDANTS; ORDER

- 2 -

P012.REQDISM