IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT F CASTRO JR, et al.,

    Plaintiffs,

  v.

CITY OF SONOMA, et al.,

    Defendants.
                                     /

No. C 06-06907 CRB

**ORDER**

      Now pending before the Court is plaintiffs' objection to the defendants' Bill of Costs. Pursuant to <u>Association of Mexican American Educators v. State of California</u>, 231 F.3d 572, 592 (9th Cir. 2000) (en banc), plaintiffs' seek an order from the Court refusing to award costs to defendants in their entirety.  Plaintiffs explain that they have limited resources and health problems which would be exacerbated by an award of costs.

      Although plaintiffs filed their objection more than a month ago, defendants have not filed a response and apparently did not respond to plaintiffs' meet and confer solicitation. Accordingly, as plaintiffs' objection is unopposed, the Court strikes the Bill of Costs as to plaintiffs Robert Castro and Doug Richey in its entirety.

      **IT IS SO ORDERED.**

Dated: April 16, 2009

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\6907\orderrerecosts.wpd